IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                                                                      ORDER

                   Plaintiff,

                                                                                 02-cr-78-bbc

      v.

ERIC T. EHMANN,

                   Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Defendant Eric Ehmann has moved for an early release from supervised release, citing his work accomplishments since his release from confinement.  In addition, he has asked for clarification of the terms of his restitution obligation.

      Although United States Probation Officer Melissa Lach has written to defendant to explain that he is responsible for the interest accruing on his obligation and that the probation office will not be recommending early release from supervision, I will address plaintiff's motion formally in this order.  As Officer Lach told defendant, interest is due on any restitution obligation unless the sentencing judge waives it specifically.  Because Judge Shabaz did not say anything about interest, defendant is required to pay it.

      As for early release, defendant's failure to pay more than $30 on an obligation of

1

more than $25,000 suggests that he is not prepared to take responsibility for his criminal conduct. His lack of responsibility does not merit an early release. Indeed, I find it disturbing that despite his success at obtaining employment, defendant has not made a greater effort to make restitution.

ORDER

IT IS ORDERED that defendant Eric Ehmann's motion for clarification, dkt. #27, is GRANTED to make it plain that he is responsible for paying interest on his restitution obligation and his motion for early release from supervision, dkt. #28, is DENIED.

Entered this 17th day of February, 2009.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge

2