IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                            Plaintiff,

       v.

ERIC EHMANN,

                            Defendant.

ORDER

02-cr-78-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      After entry of the order in this case on February 17, 2009 (dkt. 30) denying defendant Eric Ehmann's motion for early release from supervision, defendant wrote the court to say that he had paid $1,500 toward his restitution obligation in the last two years. In response to this letter, I will amend the February 17, 2009 order to make it clear that defendant has paid $1,500 toward his restitution obligation. Accordingly, IT IS ORDERED that the order entered on February 17, 2009 in this case is amended as follows: The third full paragraph should read:

> As for early release, defendant has paid $1,500 on an obligation of more than $25,000.  However, since June 2008, he has paid only $30.00 toward this obligation. This suggests that he is not prepared to take responsibility for his criminal conduct.  His lack of responsibility does not merit an early release. Indeed I find it disturbing that despite his success at obtaining employment,

1

defendant has not made a greater effort to make restitution.

In all other respects, the order remains as entered on February 17, 2009.

Entered this 4th day of March, 2009.

                                BY THE COURT:
                                /s/
                                BARBARA B. CRABB
                                District Judge